In the Matter of DANIEL J. DOWLING, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, April 9, 1943.

*Einar Chrystie* for petitioner.

No appearance for respondent.

*Per Curiam.* On February 1, 1943, the respondent was duly convicted in the Court of General Sessions of the County of New York of the crime of grand larceny in the first degree. Said crime is a felony. Pursuant to subdivision 3 of section 88, and section 477 of the Judiciary Law, therefore, he must be disbarred.

MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and COHN, JJ., concur.

Respondent disbarred.